Shawn Lindsay, OSB #020695
JURISLAW, LLP
Three Centerpointe Drive, Suite 160
Lake Oswego, OR 97035
Telephone: 503.968.1475
shawn@jurislawyer.com
*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **OREGON RIGHT TO LIFE**,<br>Plaintiff,<br>v.<br>**OREGON DEPARTMENT OF CONSUMER AND BUSINESS SERVICES** and **ANDREW R. STOLFI**, in his official capacities as Department of Consumer and Business Services Director and Oregon Insurance Commissioner,<br>Defendants. | Case No.: **6:23-cv-01282-MK**<br><br>**PLAINTIFF'S VOLUNTARY DISMISSAL OF DEFENDANT OREGON DEPARTMENT OF CONSUMER AND BUSINESS SERVICES** |

    Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff hereby voluntarily dismisses Defendant Oregon Department of Consumer and Business Services. The cited Rule provides that the Plaintiff may dismiss without court order "by filing . . . a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment . . . ." *See also Pedrina v. Chun*, 987 F.2d 608, 609 (9th Cir. 1993) ("Rule 41(a)(1) allows a plaintiff to dismiss without a court order any defendant who has yet to serve an answer or a motion for summary judgment."). Neither an answer nor a summary-judgment motion has been filed. Accordingly, this notice is operative without court order.

**Page 1 –**     **PLAINTIFF'S VOLUNTARY DISMISSAL OF DEFENDANT OREGON DEPARTMENT OF CONSUMER AND BUSINESS SERVICES**

| | |
|---|---|
| Dated: November 6, 2023 | Respectfully submitted, |
| | /s/ Shawn Lindsay |
| James Bopp, Jr., IN Bar #2838-84* <br> jboppjr@aol.com <br> Richard E. Coleson, IN Bar #11527-70** <br> rcoleson@bopplaw.com <br> Joseph D. Maughon, VA Bar #87799** <br> jmaughon@bopplaw.com <br> THE BOPP LAW FIRM, PC <br> The National Building <br> 1 South Sixth Street <br> Terre Haute, IN 47807-3510 <br> 812.232.2434 telephone <br> 812.235.3685 facsimile | Shawn Lindsay, OSB #020695 <br> JURISLAW, LLP <br> Three Centerpointe Drive, Suite 160 <br> Lake Oswego, OR 97035 <br> Telephone: 503.968.1475 <br> shawn@jurislawyer.com <br> *Attorney for Plaintiff* |

*pro hac vice application pending
\*\* pro hac vice application granted
*Counsel for Plaintiff*

**Page 2 –**     **PLAINTIFF'S VOLUNTARY DISMISSAL OF DEFENDANT OREGON DEPARTMENT OF CONSUMER AND BUSINESS SERVICES**

## Attorney Certificate of Service

I hereby certify that on November 6, 2023, I have made service of the foregoing **Plaintiff's Voluntary Dismissal of Defendant Oregon Department of Consumer and Business Services** on the parties listed below in the manner indicated:

| | |
|---|---|
| BRIAN SIMMONDS MARSHALL #196129<br>Senior Assistant Attorney General<br>Department of Justice<br>100 SW Market Street<br>Portland, OR 97201<br>Tel (971) 673-1880<br>Fax (971) 673-5000<br>Brian.S.Marshall@doj.state.or.us<br>*Attorney for Defendants Oregon Department of Consumer and Business Services and Andrew W. Stolfi* | ☐ U.S. Mail<br>☐ Facsimile<br>☐ Hand Delivery<br>☐ Overnight Courier<br>☐ Email:<br>☒ Electronically via USDC CM/ECF system |
| ALEX C. JONES #213898<br>Department of Justice<br>100 SW Market Street<br>Portland, OR 97201<br>Tel (971) 673-1880<br>Fax (971) 673-5000<br>Alex.C.Jones@doj.state.or.us<br>*Attorney for Defendants Oregon Department of Consumer and Business Services and Andrew W. Stolfi* | ☐ U.S. Mail<br>☐ Facsimile<br>☐ Hand Delivery<br>☐ Overnight Courier<br>☐ Email:<br>☒ Electronically via USDC CM/ECF system |

DATED: November 6, 2023                JURISLAW LLP

/s/ Shawn Lindsay
Shawn Lindsay, OSB #020695
JURISLAW, LLP
Three Centerpointe Drive, Suite 160
Lake Oswego, OR 97035
Telephone: 503.968.1475
shawn@jurislawyer.com
*Attorney for Plaintiff*

Page 3 –    PLAINTIFF'S VOLUNTARY DISMISSAL OF DEFENDANT OREGON DEPARTMENT OF CONSUMER AND BUSINESS SERVICES