UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **OREGON RIGHT TO LIFE**,<br><div align="right">Plaintiff,</div><br>v.<br><br>**ANDREW R. STOLFI**, in his official capacities as Department of Consumer and Business Services Director and Oregon Insurance Commissioner,<br><div align="right">Defendants.</div> | Case No.: **6:23-cv-1282-MK**<br><br><br>**DECLARATION OF JOSEPH D. MAUGHON IN SUPPORT OF PLAINTIFF'S REPLY TO DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** |

## Declaration of Joseph D. Maughon in Support of Plaintiff's Reply to Defendant's Response to Plaintiff's Motion for Preliminary Injunction

I, Joseph D. Maughon, verify the following facts in support of Plaintiff's Reply to

Defendant's Response to Plaintiff's Motion for Preliminary Injunction ("**Prelim. Inj. Reply**"):

**1.** Attached as Exhibits Q through AA are PDF versions of excerpts of web-pages that I

retrieved on December 16, 2023, from the indicated URLs below that were cited in the Prelim.

Inj. Reply:

**Exhibit**:

Q.          https://www.ortl.org/2020/01/ortl-civil-rights-complaint/.

R.          https://www.nrlc.org/about/mission/.

S.          https://secularprolife.org/.

T.          https://www.christianitytoday.com/ct/2022/december/pro-life-none-non-religious-secular-atheist-feminist-ally.html.

**Page 1 - J. MAUGHON DECL. IN SUPPORT OF PRELIM. INJ. REPLY**

U.          https://www.pewresearch.org/religion/religious-landscape-study/views-about-abortion/.

V.          https://news.gallup.com/opinion/polling-matters/392648/personal-religiosity-attitudes-toward-abortion.aspx.

W.          https://www.npr.org/2022/05/08/1097274169/when-does-life-begin-religions-don't-agree.

X.          www.nrlc.org/communications/advisory-52nd-annual-nrl-convention/.

Y.          www.youtube.com/watch?v=FO8nw8qtL-8.

Z.          marchforlife.org/march-for-life-partnered-with-the-center-for-christian-virtue-announces-speakers-for-the-2023-ohio-march-for-life/.

AA.         www.britannica.com/topic/ethics-philosophy.


**2.** The web-page exhibits are true and accurate copies of excerpts of the original online versions of the cited items.

**3.** Attached as Exhibit AB is a true and accurate copy of excerpts of the certified deposition transcript of Lois Anderson, Executive Director of Oregon Right to Life, dated October 3, 2023.

# Verification

I, Joseph D. Maughon, declare as follows:

1.      I am a citizen of the United States of America and a resident of the State of Virginia. I am

over the age of 18. I am an associate attorney at The Bopp Law Firm, P.C.

2.      I have personal knowledge of the facts and activities set out in the foregoing, and if called

to testify I would competently testify as to the matters stated herein.

3.      I affirm under penalty of perjury that the factual statements in the foregoing are true and

correct.


Dated: December 18, 2023                    /s/Joseph D. Maughon
                                            Joseph D. Maughon

# Exhibit Q
### *ORTL Files Complaint With U.S. Office for Civil Rights*





# ORTL Files Complaint with U.S. Office for Civil Rights

📅 January 15, 2020   💬 No Comments

Salem, OR — Tuesday, January 14, Oregon Right to Life (ORTL) filed a complaint with the U.S. Office for Civil Rights, challenging the abortion-related health insurance coverage mandated by Oregon's Reproductive Health Equity Act signed into law in 2017.

"Oregon Right to Life exists to advocate for vulnerable human beings who are not protected under law," says Lois Anderson, ORTL executive director. "Under this mandate, we are literally being forced to violate our mission and very reason for existing."

Oregon requires a health benefit plan in Oregon to provide coverage for abortions, contraceptives (including those that can act as abortifacients), and services related to both. ORTL objects to this mandate.

ORTL's mission is to advocate for the most vulnerable human beings whose right to life is denied or abridged under current law. In doing so, ORTL seeks to have all that it says and does be consistent with its beliefs and a compatible part of its pro-life message. These goals apply to the health insurance coverage it offers to its employees. Oregon's abortion coverage mandate, compelling ORTL to include coverage of abortion and abortifacients in its insurance plan, unconstitutionally burdens ORTL and violates the Weldon Amendment ("Weldon").

Under Weldon, "[n]one of the funds made available in this Act may be made available to [a State if it] subjects any institutional or individual health care entity to discrimination on the basis that the health care entity does not provide, pay for, provide coverage of, or refer for abortions." Because (1) ORTL qualifies as a "health care entity," (2) ORTL objects to providing coverage for abortion and abortifacients, and (3) "discrimination" includes compelling objectors to include abortion coverage in health insurance plans, Oregon's mandate violates Weldon.

Case 6:23-cv-01282-MK   Document 35   Filed 12/18/23   Page 6 of 60

Accordingly, ORTL seeks an exemption from the mandated abortion coverage—for itself and similarly situated entities—as applied to coverage for abortion (except where the life of the mother is in imminent danger), abortifacients, and for services related to both. Specifically, ORTL seeks an exemption that would authorize (1) insurers to offer and (2) employers to obtain health benefit plans excluding contraceptive and abortion coverage to which employers object.

Such an exemption is permitted under Oregon law if "enforcement of [the Mandate] may adversely affect the allocation of federal funds to this state." Here, federal funds are at issue under Weldon so an exemption is warranted.

James Bopp, Jr. of The Bopp Law Firm, P.C. and counsel for ORTL says: "Oregon's mandate that pro-life groups cover abortion on demand in its employee health plans violates their conscience rights under the Weldon Amendment. Weldon requires states to protect such conscience rights or lose federal funds. Oregon receives lots of federal funding that it is putting at risk."

For media inquiries or interviews, please call our office at 503-463-8563.

---

**SHARE THIS ARTICLE**



Facebook        Twitter        LinkedIn        Email

*more articles*

# You Might Be Interested In

# Exhibit R
***National Right to Life Mission Statement***

12/16/23, 9:22 AM National Right to Life Mission Statement | National Right to...

Case 6:23-cv-01282-MK    Document 35    Filed 12/19/23    Page 8 of 60






Home    Issues    Legislation    Stay Informed    Get Involved    Pregnant?    About NRLC    Ways to Give    DONATE

# National Right to Life Mission Statement

## Quick Links

Abortion Information

Abortion Pill Reversal

Euthanasia/Assisted Suicide

Health Care Rationing

Protecting Unborn Children from

Dismemberment Abortions

Legislative Action Center

National Right to Life News

Legislative Issues

State Legislation

Press Room

Get Involved

**Connect with National Right to Life**









The mission of National Right to Life is to protect and defend the most fundamental right of humankind, the right to life of every innocent human being from the beginning of life to natural death.

America's  first document as a new nation, The Declaration of Independence, states that we are all "created equal" and endowed by our Creator "with certain unalienable Rights, that among these are Life…" Our Founding Fathers emphasized the preeminence of the right to "Life" by citing it first among the unalienable rights this nation was established to secure.

National Right to Life carries out its lifesaving mission by promoting respect for the worth and dignity of every individual human being, born or unborn, including unborn children from their beginning; those newly born; persons with disabilities; older people; and other vulnerable people, especially those who cannot defend themselves.  Our areas of concern include abortion, infanticide, euthanasia, assisted suicide, and the killing of unborn children for their stem cells.

National Right to Life works to achieve its mission through education, legislation and political action.  Its activities include  providing research, educational materials,  information and leadership training for effective right-to-life citizenship as well as sponsoring legislation which will advance the protection of human life and supporting the election of public officials who defend life.

National Right to Life welcomes all people to join us in this great cause.  Our nation-wide network of 50 affiliated state groups, thousands of community chapters, hundreds of thousands of members and millions of individual supporters all across the country act on the information they receive from us.

The strength of National Right to Life is derived from our broad base of diverse, dedicated people, united to focus on one issue, the right to life itself.  Since National Right to Life's founding in 1968 as the first nationwide right to life group, it has dedicated itself entirely to defending life, America's first right.

---

## Other Resources

National Right to Life PAC

National Right to Life Victory Fund

Working for Life Since 1968

Mission | Donate | Contact NRLC  | Site Map

The nation's oldest and largest pro-life organization     

Exhibit Page 101

# Exhibit S
## Secular Pro-Life

SECULAR PRO-LIFE

# WE'RE GLAD YOU'RE HERE

You don't have to be religious to have a problem with killing humans. We welcome pro-life activists, closeted pro-lifers, people on the fence, and anyone interested in exploring the secular arguments against abortion.







Donate

Index

FAQ

**Support SPL**

**Read Rebuttals**

**Learn More**



# Search Our Site

| Search the site ... | Search |

# Latest Blog Posts

Stay up to date







It's crucial that we demonstrate that anyone can–and everyone should–oppose abortion. Thanks to you, we are working to change minds, transform our culture, and protect our prenatal children. Every donation supports our ability to provide nonsectarian, nonpartisan arguments against abortion. Read more details here. Please donate today.

**DONATE**

**SUBSCRIBE**

© Copyright [y] Secular Pro-Life. All rights reserved. **Website Design by TandarichGroup**

**Exhibit T**

***They're Not Religious. But They Oppose Abortion.***



CHRISTIANITY TODAY   ABOUT US   NEWSLETTERS   GIVE NOW

Explore



LOG IN | SUBSCRIBE

≡ SECTIONS    OUR LATEST    THE MAGAZINE    SUBSCRIBE

NEWS | PRO-LIFE MOVEMENT

# They're Not Religious. But They Oppose Abortion.

"Nones" take a more prominent place in the pro-life movement.

**KATHRYN WATSON**    NOVEMBER 21, 2022



SHARE
POST
SHARE
LINK

EMAIL
PRINT

Image: Illustration by Abigail Erickson / Source Images: Unsplash

Monica Snyder gave up her childhood faith. But she never stopped being pro-life.

She opposes abortion for different reasons than her Catholic parents. Snyder doesn't believe fetuses are made in the image of God. She doesn't think they have eternal souls. Though her arguments differ, as an

12/16/23, 9:26 AM

Case 6:23-cv-01282-MK   Document 85   Filed 12/18/23   Page 15 of 60

They're Not Religious. But They Oppose Abortion. | Christianity Today

SECTIONS    CT    They're Not Religious. But They Oppose Abortion.    🔍    SUBSCRIBE

California, Davis, her conclusions are the same: Human life begins with the zygote, and abortion is almost always wrong.

"Pro-choice people act as if they are morally neutral," she said. "But abortion is not amoral."

The executive director of Secular Pro-Life is one of a growing number of nonreligious people joining the pro-life cause. Historically, the pro-life movement has been almost exclusively religious, predominantly made up of Catholics and evangelicals. Nonreligious people—including the rising number of younger Americans who tell pollsters "none" when asked about their religious preference—generally defend a woman's right to terminate a pregnancy.

But a 2022 Gallup poll found that 21 percent of the nones say abortion is morally wrong.

And as the pro-life movement celebrated the Supreme Court ruling overturning Roe v. Wade in June and then scrambled to fight abortion in 50 states, religious activists are increasingly finding themselves working side by side with secular allies. They welcome the support.

"The fact that these nonreligious groups are really coming alongside faith-based organizations is really significant and makes a powerful statement about where the movement is right now," said Diane Ferraro, chief executive officer of Save the Storks, a Christian nonprofit that partners with pregnancy centers to provide free ultrasounds. "The tent is definitely getting bigger."

It's not just the extra bodies that help the cause, either. Christian pro-life leaders are glad to have non-Christians making secular arguments against

SHARE

POST

SHARE

LINK

EMAIL

PRINT

[...]choice strategy has been to paint the abortion debate as a religious [...]" said Frank Pavone, a former Catholic priest who is the national [...] Priests for Life. "But the existence of these groups indicates that [...] ne to these pro-life conclusions with human reason alone."

[...] to Pavone, the pro-life movement has always involved [...] us groups, but their visibility seems to be increasing. At the annual March for Life in Washington, DC, a few years ago, one pro-lifer held up a sign that said, "For the Embryology Textbook Tells Me So," while another had a sign that read, "Destroy the Patriarchy, Not the Preborn." Many pro-life progressives have been frustrated by the way the Democratic Party doesn't tolerate their views, Pavone said, so they've turned to grassroots activism.

Article continues below



This article is from the December 2022 issue.

## Recent Issues


Jan/Feb 2024


December 2023


November 2023


October 2023


September 2023


Jul/Aug 2023

MORE ISSUES

Follow 472K

Follow  

## Free Newsletters

Get the best from CT editors, delivered straight to your inbox!

| Email Address | SIGN UP |

**MORE NEWSLETTERS**

A lot of that activism, in turn, focuses on using social media to elevate secular arguments against abortion and show the world that nonreligious pro-life people exist. The hashtag #secularprolife has more than 3.6 million views on TikTok, and #prolifefeminist has over 4.1 million. These numbers may be small potatoes for big-time content creators, but they still raise the profile of nonreligious pro-lifers.

Videos may reach nonreligious women who are considering abortions and feel alienated by the religious arguments against terminating their pregnancies. But the real target is people who want to know if it's even okay for a nonreligious person to be pro-life.

SHARE
POST
SHARE
LINK
EMAIL
PRINT

[That']s many on the left have never even heard nonreligious arguments [against ab]ortion. And for many atheists and agnostics, even expressing [doubts a]bout pro-life positions can feel like a big risk. Pro-choice ideas are [so domina]nt that asking questions can get you ostracized.

[Secular] Pro-Life's social media content shows nonreligious women who [oppose ab]ortion that they are not alone. One of @secular_pro_life's most [popular T]ikTok videos shows Snyder responding to people who say [oppositio]n to abortion is just "pushing religion." The argument is a red herring and doesn't respond to the real issue of human rights.

"You can do what I do," Snyder says while holding a sleeping baby, "which is to say, 'I'm an atheist. Do you want to address my points?' "

Another of her TikTok videos says that feminists who support abortion rights with slogans like "No Uterus, No Opinion" are erasing women and that feminists shouldn't ignore those who hold pro-life views.

SECTIONS    CT    They're Not Religious. But They Oppose Abortion.    SUBSCRIBE



FCLNY
feministschoosin...
View profile

Related videos

Watch now

**@feministchoosinglifeny**

Women are social equals to men with our
biological differences! #prolife ...See more

original sound - szasgrandchildren

The way the algorithm works, watching that video will increase the
likelihood a viewer sees other pro-life content too, like maybe the [TikTok](#)
responding to the argument that women need access to abortions to have
...ith the viral audio "Hmm, funny, yes, but not funny 'ha ha'—funny
...he social media platform may then feed viewers something from
...Rights Institute, an abortion language sensitivity guide posted by
...orks, or an abortion survivor story posted by Live Action.

SHARE
POST
SHARE
LINK

EMAIL
PRINT

Article continues below

Beyond social media, Feminists Choosing Life of New York, an organization
that welcomes any type of religious affiliation (or lack thereof), hosts
educational events, organizes women on college campuses, and lobbies the
state government.

Exhibit Page 110

12/16/23, 9:26 AM

Case 6:23-cv-01282-MK   Document 85   Filed 12/18/23   Page 18 of 60

They're Not Religious. But They Oppose Abortion. | Christianity Today

groups that target pregnancy support centers, said executive director Michele Sterlace-Accorsi. There, they often end up side by side with religious organizations.

Conservative Christians may not agree with Sterlace-Accorsi's argument that abortion is bad because it's a tool of the patriarchy that oppresses women. But, she said, they unite around the common cause of defending life.

"Working together with people of all faiths is so crucial," she said.

Despite the work of secular pro-life groups, the issue of abortion continues to polarize. States' reactions to the *Dobbs v. Jackson* decision have been sharply divided on political party lines. The pro-choice position is increasingly considered nonnegotiable on the left.

That could make things hard for grassroots groups of nonreligious pro-lifers, said historian Daniel K. Williams, author of *Defenders of the Unborn*. They may not really feel at home in the broader movement, since it's so religious, and they have to endure conflict with their nonreligious peers. That tension can be difficult to sustain.

For some activists, though, the secular groups are a hopeful sign for the future of the movement.

"It's important that we all join together regardless of our walk with Christ, regardless of whether we're atheist or Jewish, whatever our background is," Ferarro of Save the Storks said. "It's so imperative and so exciting, truly, to see people step up from all walks of life to choose life."

*Kathryn Watson is a reporter from New York City.*



### 5 Reasons for Progressive Christians to Join the Pro-Life Cause

Our historic, global faith tradition connects sanctity of life with social justice.

**DANIEL K. WILLIAMS**

SPEAKING OUT

### 4 Post-Roe Policies Worth Pushing For

Supporting unborn children requires more than government, but not less.

**DANIEL BENNETT**

**Have something to add about this? See something we missed? Share your feedback here.**

 Reply on X

 Join in on Facebook

 Follow us on Instagram

 Share on Telegram

**TAGS:** Abortion | Atheism | Law and Legislation | Nones | Politics | Pro-Life Movement
**ISSUE:** December 2022, Vol. 66, No. 9, Pg 21, "When Nones Choose Life"
**MORE FROM:** Kathryn Watson

Exhibit Page 111

**Exhibit U**
**Views About Abortion by Religious Group**

Case 6:23-cv-01282-MK Document 35 Filed 12/18/23 Page 20 of 60

**Views about abortion by religious group**

*% of adults who say abortion should be...*



Sample sizes and margins of error vary from subgroup to subgroup, from year to year and from state to state. You can see the sample size for the estimates in this chart on rollover or in the last column of the table. And visit this table to see approximate margins of error for a group of a given size. Readers should always bear in mind the approximate margin of error for the group they are examining when making comparisons with other groups or assessing the significance of trends over time. For full question wording, see the survey questionnaire.

**LEARN MORE:** LEGAL IN ALL/MOST CASES, ILLEGAL IN ALL/MOST CASES

**SWITCH DISPLAY TO:** RELIGIOUS GROUP BY VIEWS ABOUT ABORTION

⭐ BELIEFS ⭐ AND ⭐ PRACTICES

Chart | Table | Share

Exhibit Page 113

# Exhibit V
## *Personal Religiosity and Attitudes Toward Religion*

Case 6:23-cv-01282-MK    Document 35    Filed 12/18/23    Page 22 of 60

# GALLUP®

MAY 13, 2022

# Personal Religiosity and Attitudes Toward Abortion

BY **FRANK NEWPORT**



Exhibit Page 115

Americans' attitudes about abortion, brought to the forefront of public attention by the recently leaked Supreme Court draft opinion overturning Roe V. Wade, significantly correlate with their personal characteristics and identities. One of the most important of these variables is religion. This reflects the fact that many opponents of abortion make their arguments based on religious grounds, and many religious organizations have made their positions on abortion a significant part of their tenets, beliefs and principles.

The three largest religious groups in the U.S. today are non-Catholic Christians (Protestants), Catholics and those who claim no religious identity or "nones." Protestants and Catholics are virtually the same in their attitudes toward abortion, with 23% of the former and 24% of the latter saying that abortion should be illegal in all circumstances, based on a five-year aggregate of Gallup data from 2017 to 2021. This is slightly higher than the overall national average of 19% who say abortion should be illegal under any circumstances. Similarly, 56% of Protestants and 54% of Catholics say abortion is morally wrong, somewhat above the overall sample average of 48%.

Those with no religious identity are much more accepting of abortion; only 5% of this group say abortion should be illegal in all circumstances, and only 21% say abortion is morally wrong. The sample size of Jewish Americans is small, but a 10-year aggregate of data from 2012 to 2021 shows that Jewish attitudes are similar to "nones," with 6% saying abortion should be totally illegal and 21% saying abortion is morally wrong.

The data show there are significant differences in attitudes toward abortion *within* religious groups based on individual religiosity. For example, the more religious the Protestant and the more religious the Catholic, the more likely the individual is to say that abortion should be illegal in all circumstances. Some 41% of Protestants and 43% of Catholics who attend church weekly say abortion should be illegal in all circumstances, while that number drops significantly among those who report attending less often.

(For this analysis, I'm primarily using Gallup data measuring the percentage of Americans who agree with a relatively extreme position - that abortion should be illegal in all circumstances. This position is significant given the expectation that if the Supreme Court overturns Roe v. Wade in the next month, many states will trigger laws that adopt

this total-ban position on the procedure. Plus, the Catholic and Southern Baptist positions call for a total ban on the procedure. But the basic relationships between religiosity and abortion attitudes are very similar regardless of the measure used.)

The pattern among Protestants and Catholics reflects the general pattern in the U.S. -- the more religious the individual, the more likely that individual is to say that abortion should be illegal in all circumstances. Only 9-10% of all Americans who seldom or never attend religious services say that abortion should be illegal in all circumstances, jumping to 19-23% among those who attend once a month or almost every week, and to 40% of those who attend church once a week.

The same relationships pertain to other measures of abortion attitudes. For example, the percentage of all Americans who think abortion is morally wrong ranges from 75% among weekly religious service attenders to less than half of that among those who seldom or never attend. And the percentage of weekly church attenders who say abortion should be illegal in all *or most* circumstances ranges from 78% among weekly church attenders and 64% among those who go almost every week, down to 36% among those who never attend.

In short, the relative religiosity of Americans (that is, how religious they are) is more predictive of their abortion attitudes than their broad religious identity.

# Relationship Between Religiosity and Abortion Attitudes Holds Within Political Groups

As expected, Americans' partisan identity is a quite significant predictor of abortion attitudes, with Republicans more likely to say abortion should be totally illegal than independents and Democrats. More specifically, the percentage who say that abortion should be illegal in all circumstances is 29% among Republicans, 19% among Independents, and 10% among Democrats. (Similarly, the percentage who say abortion is morally wrong is 68% among Republicans, 48% among independents and 29% among Democrats.)

Exhibit Page 117

But the predicted pattern of relationship between religiosity and abortion attitudes is found *within* each of these three political groups. The belief that abortion should be illegal in all circumstances rises to a quite high 54% among Republicans *who attend church weekly*, which is almost three times as high as the national average. The belief that abortion should be totally illegal drops to 12-15% among Republicans who seldomly or never attend religious services.

Democrats as a group are much less likely to say abortion should be illegal in all circumstances, as noted, but the relationship with religiosity holds, with 22% of those Democrats who attend weekly favoring a total ban, compared with 4% and 5% among those who seldom or never attend, respectively. The spread among independents goes from 38% of weekly attenders who say abortion should be totally illegal to 10-11% among those who seldom or never attend.

In short, both religiosity and party identification have an independent or additive effect on abortion attitudes, creating a very large range in attitudes when these two variables are combined.

# Relationship Holds Within Gender and Race, Ethnic Groups and Age

We find evidence of a similar impact of personal religiosity within other segments of the American population defined by their demographic characteristics -- including gender, race and ethnicity, age, and region of the country.

- Overall, the data show little substantial difference in views that abortion should be totally illegal between men and women, between younger and older Americans, and between White and Black Americans. But highly religious individuals within each group are significantly more likely to say that abortion should be illegal under any circumstances than those who are less religious.

Case 6:23-cv-01282-MK    Document 35    Filed 12/18/23    Page 26 of 60

- There are significant differences in abortion attitudes between those living in the South and those living elsewhere. But the same relationship between religiosity and abortion attitudes holds within each region. Highly religious individuals living in the South, the East, the Midwest, and the West are more likely to say abortion should be totally illegal than those living in each region who are less religious.

# Bottom Line

The relationships reviewed above reflect the highly intertwined cluster of attitudes, demographics, and religious and political identity positioning in today's America. Highly religious people tend to be Republican, tend to have a formal religious identity, and tend to live in the South -- and all of these, in turn, are related to an increased probability of belief that abortion should be illegal in all circumstances. This makes it difficult to argue that one of these factors causes the other. Abortion attitudes could reflect pre-existing political identity, which in turn is a factor in personal religiosity, or religiosity could lead one to become a Republican and adopt a negative position on abortion.

The data make it clear that religiosity is at least to some degree independent of these other factors. Religion's relationship to abortion attitudes persists after controlling for religious identity, political identity, region, gender, age, and race and ethnicity.

These patterns are not new. An analysis conducted over a decade and a half ago by myself and Lydia Saad using 2004 and 2005 data showed very similar relationships. The more frequent the church attendance, the more anti-abortion the attitudes. And as is the case now, this relationship was evident in the earlier data within both religious and political groups.

There is a huge and disputatious amount of literature focused on often complicated and sometimes obscure theological arguments about religion and abortion. For Christians, there is little direct guidance from either the Old or New Testaments in most translations. As one professor at Yale Divinity School put it, "Christians who turn to Scripture to trump political debates on abortion should be reminded that the Bible does not say anything on the topic." That, of course, has not kept individuals on both sides of the issue from using various passages in the Bible and their religious traditions to prooftext their

Exhibit Page 119

positions on the issue. Many religious bodies, including two of the nation's largest religious entities, the Catholic Church and the Southern Baptists, have adopted official positions about abortion based on their reading of the Bible and their theological histories. Other evangelical Protestants have made abortion a central issue in their positioning on politics and political candidates.

More fundamentally, religion has historically been involved with normative prescriptions and proscriptions relating to sexual behavior and marriage, of which abortion can be a part. The Catholic Church and many Protestant denominations have long instructed their members in ways of marriage, family and, in turn, the bearing of children. As one Christian author put it, "Evangelicals share something in common with every other branch of conservative Christianity. They hold to a simple view of sex outside of marriage, rooted in many centuries of historical teaching and what appear to be the plain teachings of the Bible, especially the New Testament -- don't." The vast majority of abortion procedures are undertaken by unmarried women, which ties abortion into religiously-based norms about sexual behavior among unmarried people.

Religion may also be indirectly related to the pending Supreme Court decision on Roe v. Wade, although it is not likely to be an official part of any final opinion. Four of the five justices generally considered conservative and supportive of overturning Roe are Catholic -- Samuel Alito (author of the leaked draft opinion), Brent Kavanaugh, Amy Coney Barrett, and Clarence Thomas; the fifth, Neal Gorsuch, was raised Catholic. Chief Justice John Roberts is also a Catholic. Except perhaps for Barrett, whose strong religious beliefs are a matter of public record, we don't have precise insights on the personal religiosity of these justices. But the teachings of these justices' Catholic faith could influence their ultimate decision making, as, of course, could be the case for the other more liberal justices, two of whom (Stephen Breyer and Elena Kagan) are Jewish.

Whatever the precise historical and theological origins of the relationship, the data confirm that individual religiosity is a robust and long-standing predictor of attitudes toward abortion.

Case 6:23-cv-01282-MK     Document 35     Filed 12/18/23     Page 28 of 60

**AUTHOR(S)**

Frank Newport, Ph.D., is a Gallup Senior Scientist. He is the author of _Polling Matters: Why Leaders Must Listen to the Wisdom of the People_ and _God Is Alive and Well_. Twitter: _@Frank_Newport_

RELEASE DATE:    May 13, 2022

SOURCE:    Gallup https://news.gallup.com/opinion/polling-matters/392648/personal-religiosity-attitudes-toward-abortion.aspx

CONTACT:    Gallup World Headquarters, 901 F Street, Washington, D.C., 20001, U.S.A +1 202.715.3030

Copyright © 2023 Gallup, Inc. All rights reserved.

Exhibit Page 121

# Exhibit W
## *When Does Life Begin? Religions Don't Agree.*



HOURLY NEWS
LISTEN LIVE
PLAYLIST

Weekend Edition Saturday

 

DONATE

---

**Reproductive rights in America**

## When does life begin? Religions don't agree

MAY 8, 2022 · 8:02 AM ET

HEARD ON WEEKEND EDITION SUNDAY

 Sarah McCammon

5-Minute Listen

PLAYLIST   Download

Transcript



Caroline McDonald, left, a student at Georgetown University, Lauren Morrissey, with Catholics for Choice, and Pamela Huber, of Washington, join a abortion-rights rally outside the Supreme Court, Monday, Nov. 1, 2021.

*Jacquelyn Martin/AP*

In a bill introduced this past week, a Louisiana lawmaker describes human life as "created in the image of God" and seeks to make abortion a homicide from the moment of fertilization – sparking concerns from reproductive rights advocates that such a law would also jeopardize access to contraception and fertility treatments.

Debates around abortion often center around the issue of when life begins, and adjacent religious and moral questions. It came up during oral arguments last year

in *Dobbs v. Jackson Women's Health* Organization, a major abortion case currently
before the Supreme Court.

Sponsor Message

---



NATIONAL

**This Mississippi clinic is at the center of the case that could end Roe v. Wade**

Justice Sonia Sotomayor asked Mississippi's solicitor general to explain his view
that the state should be allowed to ban abortions, calling it a religious question
that's been debated since the beginning of time.

"It's still debated in religions," she said. "So when you say this is the only right that
takes away from the state the ability to protect a life, that's a religious view, isn't
it?"

**A religious question**

Kaitlyn didn't want an abortion – she wanted a baby.

But last year, when she was about 16 weeks pregnant, doctors told her there was a
fatal problem with the fetus. Her choices were to terminate, or wait for a stillbirth.

Through the process, Kaitlyn was guided – and comforted – by her faith.

"In Judaism, life and breath are essentially the same thing," she said. "So in
Judaism, life begins when you take your first breath."

---



NATIONAL

**How Kentucky Republicans blocked all abortions for more than a week**

Kaitlyn lives in Kentucky, one of about two dozen states where most abortions
could soon become illegal, if the Supreme Court issues a decision in line with a
draft opinion leaked Monday that would overturn the 1973 *Roe v. Wade* precedent
guaranteeing abortion rights.

She asked that we only use her first name because she's worried her job could be
affected if it's widely known that she had an abortion. In her understanding of
Judaism, she said, the decision was fundamentally hers.

---

Sponsor Message



"God has offered me a solution to my suffering, which is you have medical options available to you to end this pregnancy. I didn't need to suffer any more than I already was," Kaitlyn said.

Her husband was supportive of her decision, but he wrestled in his own way.

"My husband's faith is different than mine," she said. "He's not anti-choice at all, but this was difficult for him – one because of course he wanted this child as well, but also because his faith feels differently about it. It gave him a different set of struggles, a different set of questions with God."

**A variety of views**

Polls suggest that while a majority of Americans support abortion rights and oppose overturning *Roe*, views on abortion are often closely tied to religion.

Jewish, Buddhist, Unitarian and non-religious Americans express some of the strongest support for abortion rights in surveys. Within Christianity, there's a wide variety of views.

Ryan Anderson, president of the Ethics & Public Policy Center, a conservative think tank, opposes abortion. As a Catholic, Anderson believes that human life begins at conception.

"Every human being matters from the moment that they first come into existence," Anderson said. "No human being should be denied equal protection under the law; no human being should have their life destroyed."

But a majority of American Catholics, along with Black Protestants and white mainline Protestants, all say abortion should be allowed in most or all cases. That's according to a survey just out from the Pew Research Center.

**POLITICS**

**How the draft Supreme Court opinion overturning 'Roe v. Wade' could impact midterms**

White evangelical Christians express the strongest opposition to abortion, with more than 70% saying it should always or mostly be illegal.

Margaret Kamitsuka, an emeritus professor of religion at Oberlin College, argues there's significant ambiguity about abortion in the Christian tradition. She notes it's never mentioned in the Bible.

"Which is quite stunning," she said, "because pretty much every other moral issue is talked about – from divorce to gluttony and robbery and so on."

More than half of American Muslims support legal access to abortion, according to Pew.

Exhibit Page 125

Zahra Ayubi, an associate professor of religion at Dartmouth, said historically, defining the beginning of life has been less important for many Muslim thinkers than questions about how to preserve it.

"And the preservation of life is really often understood to be the mother's life, because that is the life that exists," she said.

**Unanswered questions**

Amicus briefs in the *Dobbs* case before the Supreme Court have come from a wide variety of faith groups — with widely varying positions. A brief from the Freedom from Religion Foundation and other groups argues that religion is "at the heart" of anti-abortion laws, and that "government has no business requiring citizens to comply with the religious beliefs of those who are in power."

For Kaitlyn in Kentucky, her Jewish faith was essential in helping her work through the difficult decision to end her pregnancy after she learned the baby she'd been expecting would never survive.

It was very clear to me in the role that faith played in my life and my decisions that as much as I didn't understand it, God didn't mean for me to have this baby," she said. "And it'll go on the long list of unanswered questions."

dobbs v jackson women's health organization    black protestants    white evangelicals    roe v wade    catholicism    justice sonia sotomayor    evangelicals    abortion rights

islam    religion    supreme court    abortion

Facts and Reason—In Every Season!

Give the gift of independent journalism that connects us year-round by supporting the NPR Network. Your generosity is what makes a truly free press possible. Can you help give the gift of NPR to millions this holiday season and beyond? Donate today.

❤  YES, I'LL DONATE

**More Stories From NPR**

# Exhibit X

*Advisory: 52nd Annual National Right to Life Convention Begins Friday, June 23rd, in Pittsburgh, Pennsylvania*

12/16/23, 9:49 AM          ADVISORY: 52nd Annual National Right to Life Convention Begins Friday, June 23rd, in Pittsburgh, Pennsylvania - National Right…

Case 2:23-cv-01392-MJH   Document 35   Filed 12/19/23   Page 35 of 60





Home    Issues    Legislation    Stay Informed    Get Involved    Pregnant?    About NRLC    Ways to Give    DONATE

# ADVISORY: 52nd Annual National Right to Life Convention Begins Friday, June 23rd, in Pittsburgh, Pennsylvania

 ● May 30, 2023    2023 PRESS RELEASES    PRESS RELEASES    PRESS ROOM



WASHINGTON – On Friday, June 23rd, National Right to Life's 52nd convention begins at the Hyatt Regency Pittsburgh International Airport Hotel in Pittsburgh, Pennsylvania. During the 2-day convention, attendees will have the opportunity to hear from dozens of speakers in a variety of workshops and general sessions. The convention opens with a prayer breakfast and closes with a banquet.

**WHAT:**

**52nd Annual National Right to Life Convention**

**WHERE:**

**Hyatt Regency Pittsburgh International Airport Hotel**
1111 Airport Blvd.
Pittsburgh, Pennsylvania 15231

**WHEN:**

**Friday, June 23 – Saturday, June 24, 2023**

**WHO:**

Featured speakers include:
**Seth Dillon,** The Babylon Bee CEO
**Erik Rosales,** EWTN News Nightly Capitol Hill Correspondent
**Benjamin Watson,** Former NFL tight end, pro-life speaker and author
National Right to Life President **Carol Tobias**

### Quick Links

Abortion Information
Abortion Pill Reversal
Euthanasia/Assisted Suicide
Health Care Rationing
Protecting Unborn Children from
Dismemberment Abortions
Legislative Action Center
National Right to Life News
Legislative Issues
State Legislation
Press Room
Get Involved

**Connect with National Right to Life**

    

    



of American Victims of Abortion (A.V.A.)

**Alex Schadenberg,** Euthanasia Prevention Coalition President

Writer, author, and bioethics expert **Wesley J. Smith, J.D.,** Discovery Institute & Humanize Podcast Host

**Tom Glessner J.D.,** National Institute of Family and Life Advocates (NIFLA) Founder and President

**Lauren Eden,** Abortion Survivors Network

**Amy Ford,** Embrace Grace President

**Reporters who intend to cover the convention MUST have credentials\* to attend the convention. To register for credentials, please visit** http://www.nrlc.org/communications/pressreg/ **or contact Andrew Bair in the NRLC Communications Department at (202) 626-8825 or email** mediarelations@nrlc.org.

\*Reporters can check in and pick up their credentials in room Allegheny A at the hotel where the NRLC press room for the convention will be located.

*Founded in 1968, the National Right to Life Committee (NRLC), the federation of affiliates in each of the 50 states and the District of Columbia and more than 3,000 local chapters, is the nation's oldest and largest grassroots pro-life organization. Recognized as the flagship of the pro-life movement, National Right to Life works through legislation and education to protect innocent human life from abortion, infanticide, assisted suicide and euthanasia.*



**Other Resources**

National Right to Life PAC
National Right to Life Victory Fund
National Right to Life Convention
NRL News Today
Pro-Life Perspective

Mission | Donate | Contact NRLC | Site Map

The nation's oldest and largest pro-life organization 

# Exhibit Y
## 2019 Oregon March for Life: Archbishop Sample



# Exhibit Z

***March for Life, Partnered With the Center for Christian Virtue,
Announces Speakers for the 2023 Ohio March for Life***

12/16/23, 9:53 AM                    March for Life, Partnered with the Center for Christian Virtue, Announces Speakers for the 2023 Ohio March for Life - March for …

Case 6:23-cv-01282-MK    Document 35    Filed 12/18/23    Page 40 of 60

NATIONAL MARCH      STATE MARCHES      NEWS      EDUCATION      STORE      ABOUT US      TAKE ACTION      D

Category: OH March for Life

By: Jeanne Mancini

Posted on: September 08, 2023

## MARCH FOR LIFE, PARTNERED WITH THE CENTER FOR CHRISTIAN VIRTUE, ANNOUNCES SPEAKERS FOR THE 2023 OHIO MARCH FOR LIFE



*Legislators and Pro-Life Advocates to Address Marchers in Columbus, Ohio on October 6th, Educate on Radical Abortion Amendment and Need for Pro-life Protections*

COLUMBUS, OH – Today the March for Life, partnered with the Center for Christian Virtue, announced speakers for the second official Ohio March for Life which will take place on Friday October 6th. Marchers will gather at the State Capitol building to peacefully advocate for pro-life protections for women and the unborn just as an extreme abortion amendment comes up for a vote this fall. Speakers and advocates will educate attendees on the dangers of the proposed amendment which would bring painful late term abortions right up until birth to Ohio, cancel parental consent protections for minors, and erase basic health and safety standards for women when it comes to abortion.

Exhibit Page 133

NATIONAL MARCH          STATE MARCHES          NEWS          EDUCATION          STORE          ABOUT US          TAKE ACTION          D

moment to peacefully advocate both against this extreme measure and for state laws that respect the human dignity of every person, born and unborn." said Jeanne Mancini, President of March for Life Education and Defense Fund.

"Ohio's second annual March for Life comes at a crucial time in the state. On November 7, roughly one month after the March, citizens will vote on an extreme ballot proposal that would lock abortion up to birth without parental consent into the Ohio Constitution. The Ohio March for Life is an opportunity to gather at the Ohio Statehouse and unite our voices in support of the dignity and personhood of the unborn. CCV is excited to be a partner in the March for Life again this year to show that Ohio is a pro-life state!" said Aaron Baer, President of Center for Christian Virtue

The Ohio March for Life will start with a pre-rally concert at 10:00 a.m. at the State Capitol building in Columbus, Ohio followed by a rally at 11:00 a.m. EST and the March at 12:00 p.m. EST.

SPEAKERS INCLUDE:

Jeanne Mancini, President, March for Life
Aaron Baer, President, Center for Christian Virtue
Most Reverend Bishop Earl Fernandes, Diocese of Columbus
Senator Kristina Roegner, Ohio District 27
Pastor Jeremy Westbrook, Executive Director-Treasurer, The State Convention of Baptists in Ohio
Peter Range, Chief Executive Officer, Ohio Right to Life
Pastor Walter Moss, Ohio Right to Life Action
Ruth Edmonds, Director of Christian Engagement, Center for Christian Virtue
*Additonal speakers to be announced soon

The pre-rally concert will be performed by Damascus Worship.

Representative Melanie Miller, Ohio District 67 will sing the National Anthem and Students from St. Michael the Archangel Catholic Parochial School, in Findlay, Ohio will lead the Pledge of Allegiance.

ALSO ON **MARCHFORLIFE**

| The First Annual California March for ... | 2022 Rose Dinner Keynote Speaker | Tips for the March for Life | March for Life Statement on ... | Equality Be Womb |
|---|---|---|---|---|
| 2 years ago • 1 comment | 2 years ago • 1 comment | 2 years ago • 3 comments | 3 years ago • 1 comment | 2 years ago • |
| Rally on Capitol south-steps starts at 11 AM; March around the capitol begins ... | We have exciting news to share with you about the March for Life on January ... | As you finalize your travel plans, perhaps you are wondering what to expect ... | The Biden/Harris budget is radically out of touch with the American people on ... | From our nat founders rec dignity inhere |

# Exhibit AA
*Ethics*

Games & Quizzes    History & Society    Science & Tech    Biographies    Animals & Nature    Geography & Tra

Home › Philosophy & Religion › Ethical Issues

History & Society

# ethics

philosophy

🖨 Print    ✔ Cite    ◁ Share    🗨 Feedback

⋮

*Also known as: moral philosophy*

Written by [Peter Singer](#)

Fact-checked by [The Editors of Encyclopaedia Britannica](#)

Last Updated: Nov 18, 2023 • [Article History](#)

☰ **Table of Contents**



Code of Hammurabi

**See all media**

**Category:** History & Society

**Also called:** moral philosophy

**Key People:** Socrates • Aristotle • Plato • St. Augustine • Immanuel Kant

**Related Topics:** history of ethics • Trolley problem • legal ethics • biocentrism • optimism


For that bold, beautiful pop of color
Discover Infallible Up To 24H Fresh Wear Blush
from L'Oréal Paris.

See all related content →

**Recent News**  ········································

Nov. 17, 2023, 4:13 AM ET (The Hill)

Growing number of lawmakers say they'll vote to
expel Santos after Ethics report

**Top Questions**  ········································



| What is ethics? | ⌄ |
|---|---|

| How is ethics different from morality? | ⌄ |
|---|---|

| Why does ethics matter? | ⌄ |
|---|---|

| Is ethics a social science? | ⌄ |
|---|---|

**Ethics**, the discipline concerned with
what is morally good and bad and morally
right and wrong. The term is also applied
to any system or theory of moral values or
principles.

*(Read Britannica's biography of this
author, Peter Singer.)*

How should we live? Shall we aim at
happiness or at knowledge, virtue, or the
creation of beautiful objects? If we choose
happiness, will it be our own or the
happiness of all? And what of the more
particular questions that face us: is it right
to be dishonest in a good cause? Can we
justify living in opulence while elsewhere
in the world people are starving? Is going
to war justified in cases where it is likely
that innocent people will be killed? Is it

with it? Only because, Epicurus says, the perpetual dread of discovery will cause painful anxiety. Epicurus also exalted friendship, and the Epicureans were famous for the warmth of their personal relationships; but, again, they proclaimed that friendship is good only because of its tendency to create pleasure.

Both Stoic and Epicurean ethics were precursors of later trends in Western ethics: the Stoics of the modern belief in equality and the Epicureans of a utilitarian ethics based on pleasure (*see below* Utilitarianism). The development of these ethical positions, however, was dramatically affected by the spreading from the East of a new religion, Christianity, that was rooted in a Jewish conception of ethics as obedience to a divine authority. With the conversion of Emperor Constantine I (c. 280–337) to Christianity by 313 CE, the older schools of philosophy lost their sway over the thinking of the Roman Empire.

## Christian ethics from the New Testament to the Scholastics

### Ethics in the New Testament



**Jesus**

Jesus, detail of the Deësis Mosaic, from the Hagia Sophia in Istanbul, 12th century. ...(more)

The Apostle Matthew (5:17) reports Jesus as having said, in the Sermon on the Mount, that he came not to destroy the law or the prophets but to fulfill them. Indeed, when Jesus is regarded as a teacher of ethics, it is clear that he was more a reformer of the Hebrew tradition than a radical innovator. The Hebrew tradition had a tendency to place great emphasis on compliance with the letter of the law; the Gospel accounts of Jesus portray him as preaching against this "righteousness of the scribes and Pharisees," championing the spirit of the law rather than the letter. This spirit he characterized as one of love, for God and for one's neighbour. But since he was not proposing that the old teachings be discarded, he saw no need to develop a comprehensive ethical system. Christianity thus never really broke with the Jewish conception of morality as a matter of divine law to be discovered by

reading and interpreting the word of God
as revealed in the Scriptures.



SiriusXM ✓
501.9k Followers

♡ 101    ◯ 89

Download

This conception of morality had important
consequences for the future development
of Western ethics. The Greeks and
Romans—and indeed thinkers such as
Confucius—did not conceive of a
distinctively moral realm of conduct. For
them, everything that one did was a matter
of practical reasoning, in which one could
do either well or poorly. In the more
legalistic Judeo-Christian view, however,
falling short of what the moral law
requires was a much more serious matter
than, say, failing to do the household
budgets correctly. This distinction
between the moral and the nonmoral
realms now affects every question in
Western ethics, including the way the
questions themselves are framed.

Another consequence of the retention of the basically legalistic stance of Jewish ethics was that from the beginning Christian ethics had to deal with the question of how to judge the person who breaks the law from good motives or keeps it from bad motives. The latter half of this question was particularly acute, because the Gospels describe Jesus as repeatedly warning of a coming resurrection of the dead at which time all would be judged and punished or rewarded according to their sins and virtues in this life (*see* Last Judgment). The punishments and rewards were weighty enough to motivate anyone who took this message seriously, and the warning was given added emphasis by the fact that the resurrection was not going to be long in coming. (Jesus said that it would take place during the lifetime of some of those listening to him.) This is therefore an ethics that invokes external sanctions as a reason for doing what is right. At the same time, it is an ethics that places love above mere literal compliance with the law. These two aspects do not sit easily together. Can one bring oneself to love God and neighbour in order to be rewarded with eternal happiness in another life?



**Save $50**
on a **Samsung smartphone**
With qualifying in-store activation on a new line of service.

~~$99.99~~
**$49.99**

Shop now

**total** by verizon







**St. Paul the Apostle**

St. Paul's escape from Damascus, medieval mosaic in the Palatine Chapel, Palermo, £...(more)

The fact that Jesus and the Apostle [Paul](#)

too believed in the imminence of the

Second Coming led them to suggest ways
of living that were scarcely feasible on any
other assumption: taking no thought for
the morrow, turning the other cheek, and
giving away all one has. Even Paul's
preference for celibacy rather than
marriage and his grudging acceptance of
the latter on the assumption that "it is
better to marry than to burn" makes some
sense, once one grasps that he was
proposing ethical standards for what he
thought would be the last generation on
earth. When the expected event did not
occur and Christianity became the official
religion of the vast and embattled Roman
Empire, Christian leaders were faced with
the awkward task of reinterpreting these
injunctions in a manner more suited for a
continuing society.

The new Christian ethical standards did
lead to some changes in Roman morality.
Perhaps the most vital change was a new
sense of the equal moral status of all
human beings. As mentioned earlier, the

Stoics had been the first to elaborate this conception, grounding equality on the common capacity to reason. For Christians, humans are equal because they are all potentially immortal and equally precious in the sight of God. This caused Christians to condemn a wide variety of practices that had been accepted by both Greek and Roman moralists, including many related to the taking of innocent human life: from the earliest days Christian leaders condemned abortion, infanticide, and suicide. Even killing in war was at first regarded as wrong, and soldiers who had converted to Christianity refused to continue to bear arms. Once the empire became Christian, however, this was one of the inconvenient ideas that had to yield. Despite what Jesus had said about turning the other cheek, church leaders declared that killing in a "just war" was not a sin. The Christian condemnation of killing in gladiatorial games, on the other hand, had a more permanent effect. Finally, but perhaps most important, while Christian emperors continued to uphold the legality of slavery, the Christian church accepted slaves as equals, admitted them to its ceremonies, and regarded the granting of freedom to slaves as a virtuous, if not obligatory, act. This moral pressure led over several hundred years to the gradual disappearance of slavery in Europe.



The Christian contribution to improving the position of slaves can also be linked with the distinctively Christian list of virtues. As noted above, some of the virtues described by Aristotle—for example, greatness of soul—are quite contrary in spirit to Christian virtues such as humility. In general it can be said that, whereas the Greeks and Romans prized independence, self-reliance, magnanimity, and worldly success, Christians emphasized meekness, obedience, patience, and resignation. As the Greeks and Romans conceived virtue, a virtuous slave was almost a contradiction in terms; for Christians, however, there was nothing in the state of slavery that was incompatible with the highest moral character.

**Exhibit AB**

**Declaration of Lois Anderson in Support ORTL's Exemption Request**
**(Excerpts)**

```
 1                    UNITED STATES DISTRICT COURT
 2                IN AND FOR THE DISTRICT OF OREGON
 3
                                      )
 4      OREGON RIGHT TO LIFE,         )
                                      )
 5                     Plaintiff,     )
                                      )
 6               vs.                  )  No. 6:23-cv-01282-MK
                                      )
 7      OREGON DEPARTMENT OF CONSUMER )
        AND BUSINESS SERVICES and     )
 8      ANDREW R. STOLFI, in his      )
        official capacities as        )
 9      Department of Consumer and    )
        Business Services Director and)
10      Oregon Insurance Commissioner,)
                                      )
11                     Defendants.    )
                                      )
12
13
14
15                      DEPOSITION OF
16                 LOIS CATHERINE ANDERSON
17               Taken in behalf of Defendants
18                        *   *   *
19                     October 3, 2023
20            Three Centerpointe Drive, Suite 160
21               Lake Oswego, Oregon 97035
22
23
24      Chris E. Roemmich
25      Court Reporter
```

Page 1

Exhibit Page 147

1   Oregon Right to Life?

2       A.   Well, first, I was employed at the time and

3   have some memory that it happened, but then we -- in

4   the process of preparing, we looked it up, and I

5   reviewed it.

6       Q.   Let's look at page 6, specifically paragraph

7   17 of Exhibit 1.

8           MR. BOPP:   I'm there.   Thank you.

9   BY MR. MARSHALL:

10      Q.   Paragraph 17 in the second to the last line

11  refers to ORTL's, so Oregon Right to Life's, religious

12  beliefs.   What are Oregon Right to Life's religious

13  beliefs?

14      A.   They're stated in our documents that they are

15  based in Judeo-Christian religious beliefs generally.

16          (Exhibit No. 2 marked for identification.)

17  BY MR. MARSHALL:

18      Q.   I'm going to mark as Exhibit 2 a five page

19  document, and please thumb through the whole document,

20  Ms. Anderson, but in particular, I am going to ask you

21  about the fourth page of the document which is labeled

22  page 3 of 4 and specifically article 6.3.

23      A.   Uh-huh.

24          MR. BOPP:   I'm there.

25  BY MR. MARSHALL:

Page 16

1      Q.   Does Exhibit 2 have the current articles of

2  incorporation for Oregon Right to Life, the (c)(4)

3  organization?

4      A.   Yes.

5      Q.   I want to direct your attention to article

6  6.3.  Was the reference "the purposes of the

7  corporation shall be carried out with integrity and

8  nonviolence, and by means consistent with traditional

9  Judeo-Christian ethics" --

10     A.   Yes.

11     Q.   -- is that what you were referring to?

12     A.   Yes.

13     Q.   Does Oregon Right to Life have any other

14  religious beliefs?

15     A.   I -- I think -- no.  That's -- no.

16     Q.   Does Oregon Right to Life have any other

17  religious practices?

18     A.   Other religious practices.  What religious --

19  I guess that -- can you -- I don't understand that

20  question.

21     Q.   Does Oregon Right to Life practice or

22  facilitate other's practice of religion?

23     A.   I guess based on my personal knowledge, which

24  is what I'm talking about, practice of religion, yeah,

25  I don't -- I don't think I know that.

Page 17

Exhibit Page 149

1     Q.   You don't know one way or the other whether
2   Oregon Right to Life has other religious practices?
3     A.   No.
4     Q.   And you don't know one way or the other
5   whether Oregon Right to Life facilitates other
6   religious practices?
7     A.   No.
8     Q.   Okay.  Let's set aside Exhibit 2 and look
9   back at Exhibit 1 --
10    A.   Okay.
11    Q.   -- on page 4, and specifically I'll direct
12   you to paragraph 8.
13         MR. BOPP:  I'm there.
14   BY MR. MARSHALL:
15    Q.   Paragraph 8 notes that Oregon Right to Life
16   objects on religious grounds to providing insurance
17   coverage in its health benefit plan for, one, abortion
18   except to save the mother's life and, two,
19   contraceptives that act as abortifacients.
20    A.   Uh-huh.
21    Q.   Do you agree that the Providence Health Plan
22   accommodates the abortion objection noted as sub 1?
23    A.   Do I agree that it accommodates?  No, I
24   don't.
25    Q.   Why not?

Page 18

```
 1        Q.    We can set that aside.

 2              Oregon Right to Life sought an exception

 3   under the Weldon Amendment provision of HBE 3391; is

 4   that right?

 5        A.    I think the Weldon Amendment is federal.

 6        Q.    Did Oregon Right to Life seek an exemption

 7   from DCBS, the agency that is sued now and administers

 8   the law, from the law in 2019 and 2020?

 9        A.    Yes.

10        Q.    Okay.  And the counsel that pursued that

11   exception was Patrick DeCloux?

12        A.    Yes.

13        Q.    And I assume that Oregon Right to Life

14   abandoned that effort after the Biden administration

15   changed its position on the Weldon Amendment in May of

16   2021?

17        A.    No.

18        Q.    Okay.  When -- what did Oregon Right to Life

19   do to gain relief from the mandate after May of 2021?

20        A.    After May of 2021, I don't -- I don't -- I

21   don't remember.  That's a -- are -- yeah.  You can ask

22   me.  I don't remember after May of 2021.  I don't

23   know.

24        Q.    Besides -- let me ask it a different way.

25   I'm aware of two efforts for the -- for Oregon Right
```

Page 50

Exhibit Page 151

1    to Life to gain relief from this mandate.  One of them

2    is Mr. DeCloux's effort with directly with DCBS, and

3    the second is with -- is through this lawsuit.  Are

4    you aware of any other efforts?

5         A.   Yes.

6         Q.   What are those?

7         A.   We made a complaint to the Office of Civil

8    Rights in the Health and Human Services Department.

9         Q.   And I -- am I correct in understanding the

10   Health and Human Services Office of Civil Rights

11   you're referring to is the Federal Office of Civil

12   Rights --

13        A.   Yes.

14        Q.   -- for the Federal HHS?

15        A.   Yes.

16        Q.   When did that occur?

17        A.   I don't -- I don't remember when it -- when

18   it occurred.

19        Q.   Do you recall whether Mr. Biden or Mr. Trump

20   was president at that time?

21        A.   It was when Mr. Trump was president.

22        Q.   Did Mr. DeCloux represent Oregon Right to

23   Life in that effort?

24        A.   I don't think so.  No.

25        Q.   Who did?

Page 51

1      A.   I think it was -- I think it was James Bopp.

2   I'm pretty sure.

3      Q.   When did that effort -- when did that

4   complaint end?

5      A.   Oh, when did it end?

6      Q.   Yeah.

7      A.   I don't -- I don't think it has ended.  I

8   think it's still open.

9      Q.   Other than the request for relief directly to

10  DCBS, the complaint to the Office of Civil Rights and

11  the Federal Health and Human Services Department and

12  this lawsuit, has Oregon Right to Life taken any other

13  action to seek relief from the mandate?

14     A.   No.

15     Q.   I'm going to mark as Exhibit 8 a two-page

16  document entitled political assistant job description.

17     A.   Okay.

18          (Exhibit No. 8 marked for identification.)

19  BY MR. MARSHALL:

20     Q.   What is Exhibit 8?

21     A.   It's job description for an open position.

22     Q.   I see it's -- the entity here is the PAC?

23     A.   Yeah.

24     Q.   Does this person have any responsibility to

25  the (c)(4)?

Page 52