ELLEN F. ROSENBLUM
Attorney General
BRIAN SIMMONDS MARSHALL #196129
Senior Assistant Attorney General
ALEX C. JONES #213898
Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email: Brian.S.Marshall@doj.state.or.us
        Alex.C.Jones@doj.state.or.us

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| OREGON RIGHT TO LIFE,<br><br>    Plaintiff,<br><br>    v.<br><br>ANDREW R. STOLFI, in his official capacities as Department of Consumer and Business Services Director and Oregon Insurance Commissioner,<br><br>    Defendant. | Case No. 6:23-cv-01282-MK<br><br>DECLARATION OF ALEX C. JONES IN SUPPORT OF DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO COURT'S FINDINGS AND RECOMMENDATION |

I, Alex C. Jones, declare:

    1.    I am an Assistant Attorney General for the Oregon Department of Justice and am one of the attorneys assigned to represent Defendant Andrew R. Stolfi, in his in his official

Page 1 -   DECLARATION OF ALEX C. JONES IN SUPPORT OF DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO COURT'S FINDINGS AND RECOMMENDATION
    BM2/jt3

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

capacities as Department of Consumer and Business Services Director and Oregon Insurance Commissioner, in this matter.

2. Brian S. Marshall, Senior Assistant Attorney General for the Oregon Department of Justice, is the lead attorney assigned to represent Defendant in this matter.

3. Defendant's current deadline to file objections to the Findings and Recommendation issued on March 22, 2024, in this matter is April 5, 2024.

4. Mr. Marshall is currently on a pre-scheduled vacation and will be unavailable for parts of this week and the following week.

5. Between now and April 5, much of counsel's time will be occupied with work on other matters, including Mr. Marshall's preparation for an upcoming trial, as well as my work on a response to a motion for a preliminary injunction and a motion to dismiss.

6. For these reasons, I request the deadline for filing objections in this matter be extended for ten (10) days from April 5, 2024 up to and including April 15, 2024.

7. I have conferred with counsel for Plaintiff, and counsel for Plaintiff does not oppose this motion.

**I declare under penalty of perjury that the foregoing is true and correct.**

EXECUTED on March 25, 2024.

                                                 *s/ Alexander C. Jones*
                                                 ALEX C. JONES

Page 2 -   DECLARATION OF ALEX C. JONES IN SUPPORT OF DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO COURT'S FINDINGS AND RECOMMENDATION
BM2/jt3

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000