IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION


OREGON RIGHT TO LIFE,                                    Civ. No. 6:23-cv-01282-MK

              Plaintiff,                              **JUDGMENT**

    v.

ANDREW R. STOLFI, in his official
capacities as Department of Consumer
and Business Services Director and
Oregon Insurance Commissioner,

              Defendant.

_____


AIKEN, District Judge.

    For the reasons set forth in the accompanying Order, this case is DISMISSED.

    It is so ORDERED and DATED this ___30th___ day of September 2024.


                    /s/Ann Aiken_____
                    ANN AIKEN
                    United States District Judge